**Order entered August 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00562-CR

---

**TODD ALLEN REICH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80306-2013**

---

## ORDER

We **GRANT** Official Court Reporter Janet L. Dugger's August 13, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due on or before **October 15, 2014**.

The clerk's record has not been filed and is now overdue. We **ORDER** the Collin County District Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to court reporter Janet L. Dugger and to the Collin County District Clerk.

/s/      DAVID EVANS
         JUSTICE